SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER (Bar No. 148699)
PETER J. MESSROBIAN (Bar No. 168554)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA CORTES, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER CHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED,<br><br>Defendants. | CASE NO. C 05-01012 CRB<br><br>**STIPULATED PROTECTIVE ORDER** |

It is hereby stipulated and agreed, by and between the respective parties hereto and their counsel, that Defendant DaimlerChrysler Corporation will produce for discovery and inspection, the documents DaimlerChrysler Corporation agreed to produce in its written responses pursuant to the following stipulations. Since the materials referred to above may be privileged, confidential, proprietary, contain trade secrets or other confidential research, development or commercial information, or which is otherwise considered protected under applicable law, the discovery and inspection will be conducted pursuant to the following terms, restrictions and conditions.

1. Information contained therein shall be disclosed only to counsel of record in this action or only to individuals certified by such counsel as employed by or assisting counsel in preparation for, or at the trial of, this action, including experts and their support staff.

2. Any such documents or information shall be used only for the purpose of prosecuting this action.

3. Any person or firm to whom such documents or information contained therein is to be disclosed shall first be advised by counsel making disclosure that, pursuant to this Protective Order, such person or firm may not divulge any such information to any other person.

In the event that any document or the information contained therein is included with, or the contents thereof are in any way disclosed, in any pleading, motion, deposition transcript or other paper filed with Clerk of any Court, such confidential documents or information shall be kept under seal by the Clerk until further order of this Court. Any use of any such document or of information contained therein and any testimony associated with the confidential information contained therein shall be held *in camera* if necessary to prevent disclosure to non-parties, or otherwise under such circumstances as will prevent the inadvertent disclosure of such documents or information, unless the Court orders otherwise upon good cause shown.

4. The production of such documents or information by DaimlerChrysler Corporation shall not constitute a waiver of any privilege or other claim or right of withholding or confidentiality which it may have.

5. Should Plaintiffs dispute the need for any particular document(s) to be entitled to protection pursuant to this Order, then within forty five (45) days following receipt of said document(s) Plaintiffs shall notify DaimlerChrysler Corporation, through its attorney, of such dispute, following which defendant shall have forty five (45) days to file a motion before the Court requesting a protective order. Any documents or information disputed pursuant to this paragraph will continue to be protected until the Court rules that the document or information is not subject to this Order.

6. Upon the termination of this action, all copies furnished by DaimlerChrysler Corporation to Plaintiffs or any other party to this action, together with all originals and copies of

notes, sketches, data, compilations, extracts and reproductions furnished by DaimlerChrysler Corporation, shall be returned to counsel for DaimlerChrysler Corporation, or destroyed, together with a letter from Plaintiffs' counsel that all documents or copies of such documents that were provided by DaimlerChrysler Corporation have been returned to DaimlerChrysler Corporation, or destroyed.

7. This order may be amended or modified by the agreement of the parties and/or further order of this Court.

**IT IS SO ORDERED.**

DATED: August 22, 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

DATED: August 19, 2005

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By: Douglas Saeltzer
Douglas Saeltzer
Attorneys for Plaintiffs , a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

DATED: August 19, 2005

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: Peter J. Messrobian
Peter J. Messrobian
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

I, Peter J. Messrobian, am the ECF User whose ID and password are being used to file this Stipulated Protective Order. In compliance with General Order 45, X(B), I hereby attest that Douglas Saeltzer has concurred in this filing.

By: Peter J. Messrobian
PETER J. MESSROBIAN