1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  (Bar No. 148699)
2  PETER J. MESSROBIAN  (Bar No. 168554)
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   DAIMLERCHRYSLER CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | CARLA CORTES, a minor, by and        | CASE NO. C 05-01012 CRB
   | through her Guardian ad Litem, ISABEL |
12 | CORTES GARCIA; ISABEL CORTES          | STIPULATION AND [PROPOSED]
   | GARCIA; and JUAN CARLOS GARCIA        | ORDER RE CONTINUATION OF
13 | TORRES,                               | MEDIATION DEADLINE AND
   |                                       | CONTINUATION OF FURTHER CASE
14 |         Plaintiffs,                   | MANAGEMENT CONFERENCE
15 |   v.
16 | DAIMLER CHRYSLER
   | CORPORATION, and DOES ONE
17 | through ONE HUNDRED,
18 |         Defendants.

19

20
        The parties, by and through their attorneys of record, hereby submit to the following
21
   Stipulation to continue the deadline for completion of mediation in the above-referenced matter
22
   from December 16, 2005 to January 5, 2006, and to continue the further Case Management
23
   Conference currently set on December 16, 2005 to January 6, 2006.
24
        / / /
25
        / / /
26
        / / /
27
        / / /
28

SF/1292032v1

-1-                                CASE NO. C 05-01012 CRB

## REASON FOR REQUEST

The parties have selected and agreed upon Michael Ornstil of JAMS to serve as a mediator in this matter. The deadline for mediation is currently December 16, 2005. The parties attempted in good faith to schedule the mediation before the deadline but were unable to do so due to scheduling issues with the client representative of defendant, and limited availability of the mediator. The parties have now confirmed January 5, 2006 with Mr. Ornstil for mediation. The parties thus desire to continue the mediation deadline for three weeks. The extension of this deadline will in no way impact any other deadlines in this matter. Neither a trial date nor discovery deadlines have yet been set.

Accordingly, the parties stipulate and request that the Court vacate the current mediation deadline of December 16, 2005 and continue the deadline for completion of mediation to January 5, 2006. The parties also request that the further Case Management Conference, currently set for December 16, 2005, be continued to January 6, 2006.

## STIPULATION

1. The parties agree to mediate on January 5, 2006.

2. The parties stipulate and request that the Court extend the mediation deadline from December 16, 2005, to January 5, 2006.

3. The parties stipulate and request that the Court continue the further Case Management Conference from December 16, 2005 to January 6, 2005.

**IT IS SO STIPULATED.**

[SIGNATURES ON FOLLOWING PAGE]

-2-   CASE NO. C 05-01012 CRB
STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF MEDIATION DEADLINE AND CONTINUATION OF FURTHER CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | DATED: October 13, 2005 | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

By: <u>Douglas Saeltzer</u>
Douglas Saeltzer
Attorneys for Plaintiffs, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

DATED: October 13, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: <u>Peter J. Messrobian</u>
Peter J. Messrobian
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

I, Peter J. Messrobian, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Continuation Of Mediation Deadline And Continuation Of Further Case Management Conference. In compliance with General Order 45, X(B), I hereby attest that Douglas Saeltzer has concurred in this filing.

By: <u>Peter J. Messrobian</u>
PETER J. MESSROBIAN

[~~PROPOSED~~ ORDER ON FOLLOWING PAGE]

SF/1292032v1

-3-                                                  CASE NO. C 05-01012 CRB
STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF MEDIATION DEADLINE AND CONTINUATION OF FURTHER CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the deadline for mediation in the above captioned matter is hereby continued to January 5, 2006, and the further case management conference currently scheduled for December 16, 2005 at 8:30 a.m. is hereby continued to January 6, 2006 at 8:30 a.m.

**IT IS SO ORDERED**.

DATED:   Oct. 24, 2005



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE