| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICKI S. SINGER  (Bar No. 148699) |
| 2 | PETER J. MESSROBIAN  (Bar No. 168554) |
| | One Embarcadero Center, 16th Floor |
| 3 | San Francisco, California 94111-3628 |
| | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
| 5 | Attorneys for Defendant |
| | DAIMLERCHRYSLER CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA CORTES, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES, | CASE NO.  C 05-01012 CRB |
| | **STIPULATION AND ~~PROPOSED~~ ORDER RE INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF ISABEL CORTES GARCIA** |
| Plaintiffs, | [FRCP 35] |
| v. | |
| DAIMLER CHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

The parties, through counsel, stipulate as follows:

1. Plaintiff ISABEL CORTES GARCIA will submit to an independent medical examination pursuant to Federal Rules of Civil Procedure Rule 35 on August 12, 2006 at 11:00 a.m. with Dr. Jerold Kaplan, M.D. The IME will take place at Alta Bates Hospital located at 2450 Ashby Avenue, Berkeley;

2. The IME will be noninvasive and will consist of a physical examination of plaintiff, a review of her medical records and an interview to obtain her medical history.

3. The IME is necessary as plaintiff's physical condition is in controversy in this action. Dr. Kaplan's C.V. is attached hereto as Exhibit "A."

| | | |
|---|---|---|
| 1 | DATED: | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

By: _____
Douglas S. Saeltzer
Attorneys for Plaintiffs CARLA CORTES, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA and JUAN CARLOS GARCIA

DATED: 8/3/06          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis E. Raglin
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

## ORDER

Based on the stipulation between the parties, IT IS HEREBY ORDERED that plaintiff ISABEL CORTES GARCIA will submit to an independent medical examination pursuant to Federal Rules of Civil Procedure, Rule 35, as set forth above.

DATED: August 7, 2006

_____
Hon. Charles Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

SF/1350027v1

-2-
STIPULATION RE IME

CASE NO. C 05-01012 CRB