LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CORTES, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLER CHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED, <br><br> Defendants. | Case No. 05-01012 CRB (JL) <br><br> **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR PLAINTIFFS' MOTION TO COMPEL DEPOSTION OF DEFENDANT'S CORPORATE REPRESENTATIVE** |

The parties, by and through their attorneys of record, hereby submit the following Stipulation to shorten the time for plaintiffs' to file their motion to compel the deposition of defendant's corporate representative.

**<u>REASON FOR REQUEST</u>**

Despite attempts of counsel to complete the required depositions within the existing discovery deadline, they have encountered a severe scheduling/calendaring problem with one of defendant's corporate representatives.  For several months the parties have believed that this deposition would be calendared.  However, to date this has not occurred.  This stipulation is made in recognition that without it the motion, and discovery at issue, would not occur before the deadline for nonexpert discovery.

1

## PREVIOUS TIME MODIFICATIONS

2      The parties stipulated to, and the Court ordered, a continuation of the mediation deadline

3  from December 16, 2005 to January 6, 2006.  The parties stipulated to, and the court ordered, a

4  continuation of the mediation deadline from January 6, 2006 to March 30, 2006.  The parties also

5  twice stipulated to, and the court ordered, a continuation of the close of nonexpert discovery from

6  August 11, 2006 to September 30, 2006, and from September 30, 3006 to November 6, 2006.

7

8

## EFFECT OF PROPOSED TIME MODIFICATION ON CASE SCHEDULE

9      The parties do not foresee negative effects on the case schedule resulting from this

10  stipulation.  In fact, the purpose of this motion is to complete discovery within the existing

11  deadline.

12

13

## STIPULATION

14      The parties stipulate and request that the Court shorten the time for plaintiffs' motion to

15  compel the deposition of defendant's corporate representative as follows:

16      October 27, 2006 – Defendant's opposition due

17      October 30, 2006 – Plaintiffs' reply brief

18      November 1, 2006 – Hearing date.

19  **IT IS SO STIPULATED.**

20

21                                  Respectfully submitted,

22  DATED:  October 18, 2006        SEDGWICK, DETERT, MORAN & ARNOLD

23

24                                     /s/ Micki S. Singer
                                   By: _____
25                                     MICKI S. SINGER
                                   SEDGWICK, DETERT, MORAN & ARNOLD
26                                   Attorneys for Defendant
                                   DAIMLER CHRYSLER CORPORATION

27

28

LAW OFFICES OF
**WALKUP, MELODIA, KELLY**
**WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
_____
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR PLAINTIFFS' MOTION TO COMPEL DEPOSTION
OF DEFENDANT'S CORPORATE REPRESENTATIVE   - CASE NO. 05-01012 CRB (JL)

DATED: October 18, 2006     WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

                                          /s/ Douglas S. Saeltzer
                            By: _____
                                DOUGLAS S. SAELTZER
                                WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
                                Attorneys for Plaintiffs CARLA CORTES, a minor, by and through her Guardian at Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

I, Douglas S. Saeltzer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Continuation of Non-Expert Discovery Deadline. In compliance with General Order 45, X(B), I hereby attest that Micki S. Singer has concurred in this filing.

                            By: Douglas S. Saeltzer
                                DOUGLAS S. SAELTZER

                   [PROPOSED ORDER ON FOLLOWING PAGE]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR PLAINTIFFS' MOTION TO COMPEL DEPOSTION OF DEFENDANT'S CORPORATE REPRESENTATIVE - CASE NO. 05-01012 CRB (JL)

1

### [PROPOSED] ORDER

2          Pursuant to the Stipulation above, the time for plaintiffs' motion to compel the deposition

3   of defendant's corporate representative is shortened as follows:

4          October 27, 2006 – Defendant's opposition due

5          October 30, 2006 – Plaintiffs' reply brief

6          November 1, 2006 – Hearing date.

7

8          **IT IS SO ORDERED.**

9

10  DATED:      October 20, 2006



11  THE HONORABLE JAMES LARSON
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**WALKUP, MELODIA, KELLY**
**WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4