SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER (Bar No. 148699)
DENNIS E. RAGLIN (BAR NO. 179261)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA CORTES, a minor, by and through her *Guardian ad Litem*, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED,<br><br>Defendants. | CASE NO. C-05-01012 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DATES FOR EXPERT DISCLOSURE** |

The parties, by and through their attorneys of record, hereby submit the following Stipulation to continue the deadline for expert disclosure.

**REASON FOR REQUEST**

The parties have worked diligently to prepare this case for trial. Multiple vehicle inspections have been conducted. The parties have engaged in extensive written discovery. Numerous depositions have been taken, including the adult plaintiffs, the responding police and firefighters, plaintiff Isabel Cortes' medical providers, several percipient witnesses, and Robert Banta, DCC designated 30(b)(6) witness on the issue of, among other things, fuel system design. The deposition of Richard Geeno, DCC's designated 30(b)(6) witness on the issues of drive train design and durability, was scheduled to be taken on November 3, 2006. Unfortunately,

plaintiffs' counsel fell ill that morning and the deposition had to be rescheduled. It will now be taken on December 11, 2006.

Initial expert disclosures are currently set for December 1, 2006. Rebuttal disclosure is January 5, 2007. Due to the unanticipated and unavoidable continuance of Mr. Geeno's deposition, the parties have agreed to continue the expert disclosure deadline to January 8, 2007 and the rebuttal disclosure deadline to January 29, 2007. This continuance will not impact other current deadlines in this case. In addition, the parties have agreed to participate in a second mediation session. The parties anticipate this second session will go forward the week of December 4, 2006.[1]

## **STIPULATION**

For the reasons set forth above, the parties hereby agree to extend expert disclosure from December 1, 2006 to January 8, 2007, and to extend rebuttal expert disclosure from January 5, 2007 to January 29, 2007.

IT IS SO STIPULATED.

DATED: November ___, 2006          WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By:  /s/ Douglas S. Saeltzer
DOUGLAS S. SAELTZER
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
Attorneys for Plaintiffs CARLA CORTES, a minor, by and through her Guardian at Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

DATED: November ___, 2006          SEDGWICK, DETERT, MORAN & ARNOLD

By:  /s/ Dennis E. Raglin
DENNIS E. RAGLIN
SEDGWICK, DETERT, MORAN & ARNOLD
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

---

[1] The initial mediation, held on March 28, 2006 (prior to the completion of much of the discovery discussed above) was unsuccessful.

## ORDER

Pursuant to the Stipulation above, IT IS HEREBY ORDERED THAT the following dates are extended as set forth below:

1. Expert Disclosure:   December 1, 2006 to January 8, 2007; and
2. Rebuttal Disclosure:   January 5, 2007 to January 29, 2007.

IT IS SO ORDERED.

DATED:   November 17, 2006

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cortes v. DaimlerChrysler Corporation
U.S.D.C., Northern District of California, Case No. C-05-01012 CRB

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On November 15, 2006, I served the within document:

### STIPULATION AND PROPOSED ORDER
### EXTENDING DATES FOR EXPERT DISCLOSURE

☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

☒ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

☐ by causing **PERSONAL DELIVERY** by an agent of _WORLDWIDE COURIER_ of the document(s) listed above to the person(s) at the address(es) set forth below.

Douglas S. Saeltzer, Esq.                           *Attorneys For Plaintiffs Cortes*
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 15, 2006, at San Francisco, California.

_____
Rhonda D. Gillis

SF/1363205v1

-1-
PROOF OF SERVICE