| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICKI S. SINGER (Bar No. 148699) |
| 2 | DENNIS E. RAGLIN (BAR NO. 179261) |
| | One Market Plaza, Steuart Tower, 8th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
| 5 | Attorneys for Defendant |
| | DAIMLERCHRYSLER CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA CORTES, a minor, by and through her *Guardian ad Litem*, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES, <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLERCHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED, <br><br> Defendants. | CASE NO. C-05-01012 CRB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO COMPLETE EXPERT DISCOVERY** |

The parties, by and through their attorneys of record, hereby submit the following Stipulation to continue the deadline for the completion of expert discovery.

**REASON FOR REQUEST**

On November 20, 2006, the Court signed the parties' Stipulation and Proposed Order to continue the deadlines for the disclosure of expert witnesses. The parties were remiss in that Stipulation by not likewise extending the deadline for the completion of expert discovery. Thus, as discussed at the December 1, 2006, Case Management Conference, the parties hereby submit this Stipulation seeking an extension of that deadline to March 9, 2007.

///

///

## STIPULATION

For the reasons set forth above, the parties hereby agree to extend the deadline to complete expert discovery from February 16, 2007 to March 9, 2007.

IT IS SO STIPULATED.

DATED: December ___, 2006      WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By: /s/ Douglas S. Saeltzer
DOUGLAS S. SAELTZER
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
Attorneys for Plaintiffs CARLA CORTES, a minor, by and through her Guardian at Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

DATED: December ___, 2006      SEDGWICK, DETERT, MORAN & ARNOLD

By: /s/ Micki S. Singer
MICKI S. SINGER
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

## ORDER

Pursuant to the Stipulation above, IT IS HEREBY ORDERED THAT the following date is extended as set forth below:

1. Completion of Expert Discovery: February 16, 2007 to March 9, 2007.

IT IS SO ORDERED.

DATED: __December 8__, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

SF/1370291v2

-2-

CASE NO. C-05-01012 CRB