LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CORTES, a minor, by and through her Guardian ad Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER CHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED<br><br>Defendants. | Case No. C-05-01012 CRB<br><br>**[PROPOSED] ORDER APPROVING PETITION TO COMPROMISE CLAIM OF PLAINTIFF CARLA CORTES AND SETTLEMENT** |

In light of the submissions of petitioners and their counsel, the Court finds the settlement as outlined is appropriate and in the best interests of minor plaintiff Carla Cortes, and HEREBY ORDERS AS FOLLOWS:

1. The Court approves the Petition, and authorizes settlement in the amount of $75,000.00 for full and final satisfaction of Carla Cortes' case against defendant Daimler Chrysler Corporation.

2. Of the global settlement of $75,000, the Court authorizes the deduction of costs of $3,090.81, a 25% attorney fee of $17,977.30, and satisfaction of the lien of Healthcare Recoveries, Inc. in the amount of $6,821.35.

1

PROPOSED ORDER APPROVING PETITION TO COMPROMISE CLAIM AND SETTLEMENT
CASE NO. C-05-01012 CRB

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3.  From the $47,110.54 net settlement owing to minor Carla Cortes, $40,334.00 will be dedicated to the purchase of an annuity issued by Hartford Life Insurance Company. This annuity will provide a payment schedule of a single lump sum payment of $100,000 payable to Carla Cortes on January 12, 2025.

4.  The balance of $6,776.54 will be will be deposited in insured accounts in one or more financial institutions of this state for the benefit of Carla Cortes, subject to withdrawal only upon authorization of the court. On January 22, 2018, upon reaching the age of majority, the money shall become available to Carla Cortes in its entirety, without any further order of the court.

5.  Petitioner Isabel Cortes Garcia is hereby authorized to execute all documents reasonably necessary to effectuate and finalize the terms of the settlement consistent with this Order.

IT IS SO ORDERED.

Date: March 6, 2007



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2

PROPOSED ORDER APPROVING PETITION TO COMPROMISE CLAIM AND SETTLEMENT
CASE NO. C-05-01012 CRB

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210