```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    MICKI S. SINGER (Bar No. 148699)
 2  DENNIS E. RAGLIN (Bar No. 179261)
    One Market Plaza, Steuart Tower, 8th Floor
 3  San Francisco, California 94105
    Telephone: (415) 781-7900
 4  Facsimile: (415) 781-2635

 5  Attorneys for Defendant
    DAIMLERCHRYSLER CORPORATION
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA CORTES, a minor, by and through her *Guardian ad Litem*, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION, and DOES ONE through ONE HUNDRED,<br><br>Defendants. | CASE NO. C-05-01012 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF MATTER WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their attorneys of record, that the entire action herein, including the Complaint filed by plaintiffs against defendant DAIMLERCRHYSLER CORPORATION, be dismissed with prejudice pursuant to FRCP 41(a)(1).

////
////
////
////
///

| | | |
|---|---|---|
| 1 | DATED: April 24, 2007 | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

By: _____/S/_____
DOUGLAS S. SAELTZER
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
Attorneys for Plaintiffs CARLA CORTES, a minor, by and through her Guardian at Litem, ISABEL CORTES GARCIA; ISABEL CORTES GARCIA; and JUAN CARLOS GARCIA TORRES

DATED: April 24, 2007                SEDGWICK, DETERT, MORAN & ARNOLD

By: _____/S/_____
MICKI S. SINGER
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

## ORDER

Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, including the Complaint be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____April 25___, 2007         _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*